IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3137 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| GARTH A. RUH, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

IT IS ORDERED that judgment is entered for the United States of America, and against the defendant, Garth A. Ruh, providing that the defendant shall take nothing, and his motion to vacate, set aside, or correct his sentence (filing 31) is denied with prejudice.

January 26, 2006.          BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge